COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF O. C. V. AND M. S. V., JR., | § | No. 08-15-00355-CV |
| | § | Appeal from the |
| Appellant. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2012DCM10912) |
| | § | |

# O R D E R

The Court GRANTS the Motion for Extension of Time to File Findings of Fact and Conclusions of Law in reference to this Court's order of March 28, 2016. The trial court is directed to file written findings of fact and conclusions of law with the District Clerk of El Paso County on or before June 6, 2016. The District Clerk of El Paso County is directed to prepare and file a supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before June 16, 2016.

IT IS SO ORDERED this 6th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.